IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

```
IN RE:   CARLOS ELVIR                        ) Chapter 13
                                             )
                                             )
                                             )
                              – Creditor     ) No. 09B42753
Wells Fargo Bank, N.A.                       )
                                             )
               v.                            ) Judge
                                             )Eugene R. Wedoff
CARLOS ELVIR                   – Debtor      )
                                             )
```

NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON January 7, 2010 at 09:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 744, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 24, 2009, with proper postage prepaid.

```
                                        PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY               /s/Toni Dillon
INFORMATION OBTAINED WILL BE            ARDC#6289370
USED FOR THAT PURPOSE**

                                        1 North Dearborn
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        312-346-9088
PA09-7411
```

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Marilyn O.  Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**By Electronic Notice through ECF**

To Debtor:
CARLOS ELVIR
4325 Edward Avenue
Las Vegas, NV 89108
**By U.S. Mail**

320 Circle Avenue
Forest Park, IL 60130
**By U.S. Mail**

To Attorney:
Jessica Tovrov
105 West Madison Street, Suite 400
Chicago, IL 60602
**By Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088

**PA09-7411**

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                     THE NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION

IN RE: CARLOS ELVIR,                  )
                                      )
Wells Fargo Bank, N.A.,               )
         Creditor,                    )     CASE NO. 09B42753
    vs.                               )     JUDGE Eugene R. Wedoff
                                      )
CARLOS ELVIR,                         )
         Debtor(s)                    )
```

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 4325 Edward Avenue, Las Vegas, NV 89108, be Modified, stating as follows:

1. On November 11, 2009, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. Wells Fargo Bank, N.A. holds the first mortgage lien on the property located on 4325 Edward Avenue, Las Vegas, NV 89108.

4. The plan filed by the debtor is not a Model Plan.

5. Debtor's plan calls for the surrender of "income property" to a creditor listed as ASC.

6. Movant believes debtor intends to surrender the property commonly known as 4325 Edward Avenue, Las Vegas, NV 89108 in satisfaction of the secured claim of Wells Fargo Bank, N.A.

7. Debtor's plan does not call for pre or post petition payments to Wells Fargo Bank, N.A.

8. Wells Fargo Bank, N.A. continues to be injured each day it remains bound by the Automatic Stay.

9. Wells Fargo Bank, N.A. is not adequately protected.

10. The property located at 4325 Edward Avenue, Las Vegas, NV 89108 is not necessary for the debtor's reorganization.

11. The debtor has no equity in the property for the benefit of unsecured creditors.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 4325 Edward Avenue, Las Vegas, NV 89108, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable and leave be granted to Wells Fargo Bank, N.A. to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

Wells Fargo Bank, N.A.

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
One North Dearborn
Suite #1300
Chicago, Illinois 60602
(312)346-9088