IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RE:  CARLOS ELVIR | ) |
| | ) |
| Wells Fargo Bank, N.A., | ) |
|         Creditor, | ) |
|   vs. | )  CASE NO. 09B42753 |
| | )  Judge Eugene R. Wedoff |
| CARLOS ELVIR, | ) |
|         Debtor, | ) |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Wells Fargo Bank, N.A., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Wells Fargo Bank, N.A. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 4325 Edward Avenue, Las Vegas, NV 89108.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

DATED: 7 JAN 2010        ENTERED BY: _____
                                    Bankruptcy Judge Eugene R. Wedoff

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No:09-7411